IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 3:08cr46/LAC

TANYA D. GREER

## ORDER

The defendant is charged by an indictment with offenses alleged to have been committed in this district. At first appearance held on July 14, 2008, it was determined that defendant should be detained pursuant to the decision of the Magistrate Judge made in the Southern District of Texas, on June 23, 2008.

DONE AND ORDERED this 14th day of July, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE