**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs                                                              CASE NO: 3:08cr46/LAC

TANYA DAWN GREER
_____/

### ORDER OF COMMITMENT FOR PSYCHIATRIC EVALUATION

The defendant has moved for a determination of competency to stand trial pursuant to 18 U.S.C. §4241(a). Good cause having been shown, it is **ORDERED:**

1. Pursuant to 18 U.S.C. §4247(b), the defendant is committed to the custody of the Attorney General or his designated representative for placement in a suitable facility designated by the Bureau of Prisons. The period of commitment is for such period of time as needed to fulfill the requirements of this order. The statutory commitment period provided in 18 U.S.C. § 4247(b) shall not commence until the day defendant arrives at the facility for evaluation. Until that time, defendant is in pretrial detention en route to that commitment.

2. The examination shall determine whether at this time there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the

nature and consequences of the proceedings against her or to assist properly in her defense.  This examination shall be conducted as soon as practicable upon arrival at the facility.

     3.  The appropriate authorities of the facility shall render as soon as practicable a written report with respect to the matters set forth above.  This report shall be filed with the Court, with copy to the attorney for defendant.  The report shall include:

         a.  The defendant's history and present symptoms;

         b.  A description of the psychiatric, psychological and medical tests that were employed and their results.

         c.  The examiner's findings; and

         d.  The examiner's opinions as to diagnosis, prognosis, and whether the defendant suffers from a mental disease or defect to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

     4.  The United States Marshal is directed to immediately report the designation made by the Bureau of Prisons and transport defendant to the designated facility at the earliest possible time and in the most expeditious manner for this evaluation.

     5.  The Clerk of the Court is directed to furnish a copy of the order to the individuals whose names appear below.

    **ORDERED** this 11th day of September, 2008.

                                     *s/L.A. Collier*
                                LACEY A. COLLIER
                      Senior United States District Judge

cc: Edwin Knight, AUSA
    Mark J. O'Brien, Esquire
    U.S. Marshal
    Bureau of Prisons